UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN K. GRAHAM, as TRUSTEE of the
POST OFFICE SQUARE SPECIAL TRUST,
                  Plaintiff(s),

         -against-

JOEL ROSENMAN, ET AL.,
                  Defendant(s).
-------------------------------------------------------X

CASE NO. 07 CIV 8407

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             s.s:
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC.. is over the age of eighteen years and is not a party to the action.
      That on the 15th day of October, 2007, at approximately 5:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; INTERPLEADER COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon JOEL ROSENMAN c/o Source Financing Investors, LLC at 488 Madison Avenue, 18th Floor, New York, New York by personally delivering and leaving the same with Joel Rosenman, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
      Joel Rosenman is a white male, approximately 54 years of age, approximately 5 feet and 5 inches tall, weighs approximately 160 pounds, with medium length gray hair and light eyes.

Sworn to before me this
16th day of October, 2007

                                            JASON AGEE #1196790

MICHAEL J KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010