UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
JOHN K. GRAHAM, as TRUSTEE of the
POST OFFICE SQUARE SPECIAL TRUST,
                              Plaintiff(s),                    CASE NO. 07 CIV 8407

        -against-
                                                              **AFFIDAVIT OF SERVICE**
JOEL ROSENMAN, **ET AL.,**
                              Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK       )
                                    s.s:
COUNTY OF NEW YORK     )

        JASON AGEE, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC.. is over the age of eighteen years and is
not a party to the action.
        That on the 15th day of October, 2007, at approximately 5:00 p.m., deponent served a
true copy of the **SUMMONS IN A CIVIL ACTION; INTERPLEADER COMPLAINT;
CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Source Financing
Investors, LLC at 488 Madison Avenue, 18th Floor, New York, New York by personally
delivering and leaving the same with Joel Rosenman, who is authorized by appointment to
accept service.
        Joel Rosenman is a white male, approximately 54 years of age, approximately 5 feet and
5 inches tall, weighs approximately 160 pounds, with medium length gray hair and light eyes.

Sworn to before me this
16th day of October, 2007                          _____
                                                   JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010