| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| ANDREW T. SOLOMON  SBN AS9200<br>SULLIVAN & WORCESTER, LLP<br>1290 AVENUE OF THE<br>AMERICAS 29TH FLR.<br>NEW YORK NY 10104 | 212-660-5085<br><br>Ref. No. or File No.<br>14542.0008 | |
| ATTORNEY FOR: Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court SOUTHERN District, NEW YORK
NEW YORK

SHORT TITLE OF CASE:

John K. Graham v Joel Rosenman, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 577652 | | | | 07CV8407 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    CIVIL CASE COVER SHEET
    SUMMONS IN A CIVIL ACTION
    Interpleader Complaint
    Individual Practices of Judge Haight
    Procedures Applicable to Cases Referred for Settlement to Magistrate J

ON: NORMAN HSU

AT: SHERIFF'S OFFICE
    400 COUNTY CENTER
    REDWOOD CITY CA 94063

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

M. BOVELL
WHOSE TITLE IS: DEPUTY SHERIFF/AGENT FOR SERVICE

ON: 10/15/07    AT: 4:25 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

**PERSON SERVING:** JUDI WHITE    FEE FOR SERVICE: 99.00

RAPID LEGAL, INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 20
(3) County: SAN MATEO
(4) Expiration: 10-26-08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 10/17/07    SIGNATURE: *Judi White*