| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SULLIVAN & WORCESTER, LLP<br>1290 AVENUE OF THE<br>AMERICAS 29TH FLR.<br>NEW YORK NY 10104<br>ATTORNEY FOR  Plaintiff | 212-660-5085<br><br>Ref. No. or File No.<br>14542.0008 | |

Insert name of court and name of judicial district and branch if any.

District Court Central District, Los Angeles
312 N Spring St #G-8 Los Angeles CA 90012

SHORT TITLE OF CASE:

John K. Graham v Joel Rosenman, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 577706 | | | | 07CIV8407 |

### AFFIDAVIT OF SERVICE

I, WILLIAM COATES              DECLARE THAT ON 10/17/07
AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE, NOT A PARTY TO
ACTION AND RESIDE IN THE STATE OF CALIFORNIA. I SERVED THE WITHIN

civil case cover sheet
summons in a civil action
Interpleader Complaint
Individual Practices of Judge Haight
Procedures Applicable to Cases Referred for Settlement

AND THAT ON: 10/17/07  AT: 07:12AM , I SERVED SAID DOCUMENTS ON:

MARTIN L. WATERS

I KNEW THE PERSON SO SERVED TO BE THE PERSON DESCRIBED AS SAID SUBJECT
AGE: 45-55 HT: 5 11"-6 4" WT: 160-195 HR: GREY RACE: C SX: M
AT: 488 ALTA VISTA WAY              FEE FOR SERVICE:$     69.50
    LAGUNA BEACH CA 92651

RAPID LEGAL INCORPORATED                 d.  Registered California process server
1199 MONTEREY PASS ROAD                  (1) [   ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754                  (2) Registration No. 2059
323-526-7300 FAX 323-526-7377            (3) County: ORANGE
                                         (4) Expiration: 08/08/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 10/17/07                           >   CONTINUED ON THE NEXT PAGE
                                         SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SULLIVAN & WORCESTER, LLP<br>1290 AVENUE OF THE<br>AMERICAS 29TH FLR.<br>NEW YORK NY 10104 | 212-660-5085<br><br>Ref. No. or File No.<br>14542.0008 | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Central District, Los Angeles
312 N Spring St #G-8 Los Angeles CA 90012

SHORT TITLE OF CASE:

John K. Graham v Joel Rosenman, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 577706 | | | | 07CIV8407 |

STATE OF CALIFORNIA

COUNTY OF  Orange

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

19th DAY OF October, 2007, BY

WILLIAM COATES

PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY

EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME.



SIGNATURE  Mario Alvarez

MARIO ALVAREZ
Commission # 1706929
Notary Public - California
Los Angeles County
My Comm. Expires Nov 23, 2010

RAPID LEGAL INCORPORATED
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 2059
(3) County: ORANGE
(4) Expiration: 08/08/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 10/17/07

SIGNATURE  William Coates