| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SULLIVAN & WORCESTER, LLP<br>1290 AVENUE OF THE<br>AMERICAS 29TH FLR.<br>NEW YORK NY 10104 | 212-660-5085<br><br>Ref. No. or File No.<br>14542.0008 | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Central District, Los Angeles
312 N Spring St #G-8 Los Angeles CA 90012

SHORT TITLE OF CASE:
John K. Graham v Joel Rosenman, et al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 577718 | | | | 07CIV8407 |

### AFFIDAVIT OF SERVICE

I, MARIO ALVAREZ            DECLARE THAT ON 10/10/07

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A
PARTY TO THIS ACTION. I RECEIVED THE FOLLOWING DOCUMENTS FOR SERVICE:

CIVIL CASE COVER SHEET
SUMMONS IN A CIVIL ACTION
Interpleader Complaint
Individual Practices of Judge Haight
Procedures Applicable to Cases Referred for Settlement to Magistrate J

AND THAT DATE: 10/12/07   TIME: 12:40PM   I DID SERVE THE
ABOVE LISTED DOCUMENTS ON:

PERRI WESTLAND

BY SERVING: SHANON TREICHEL
TITLE: MANAGER

AGE: 25-35 HT: 5-5 5" WT: 195-230 HR: BLOND RACE: C SX: F

AT: 428 MAIN STREET, #202                FEE FOR SERVICE:$     69.50
    HUNTINGTON BEACH
    CALIFORNIA CA 92648

RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 1436
(3) County: LOS ANGELES
(4) Expiration: 01/07/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 10/15/07                          >    CONTINUED ON THE NEXT PAGE
                                        SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| SULLIVAN & WORCESTER, LLP<br>1290 AVENUE OF THE<br>AMERICAS 29TH FLR<br>NEW YORK NY 10104<br>ATTORNEY FOR Plaintiff | 212-660-5085<br><br>Ref. No. or File No.<br>14542.0008 | |

| Insert name of court and name of judicial district and branch if any. |
|---|
| District Court Central District, Los Angeles<br>312 N Spring St #G-8 Los Angeles CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| John K. Graham v Joel Rosenman, et al. |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 577718 | | | | 07CIV8407 |

STATE OF CALIFORNIA

COUNTY OF _California_

SUBSCRIBED AND SWORN (OR AFFIRMED) TO BEFORE ME THIS

_15th_ DAY OF _Oct_, 2007, BY

**KENT HANSEN**
Commission # 1706308
Notary Public - California
Orange County
My Comm. Expires Nov 20, 2010

MARIO ALVAREZ

PERSONALLY KNOWN TO ME OR PROVED TO ME ON THE BASIS OF SATISFACTORY

EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME.

SIGNATURE _[signed]_

RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [X] Independent Contractor
(2) Registration No. 1436
(3) County: LOS ANGELES
(4) Expiration: 01/07/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 10/15/07          > _Mario Alvarez_
                          SIGNATURE