UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN K. GRAHAM, as TRUSTEE of the POST OFFICE SQUARE SPECIAL TRUST,

          Plaintiff,

vs.

JOEL ROSENMAN, et al.

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
1:07-CV-08407 (CHS)(KF): 11-6-07

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Andrew T. Solomon, a member of Sullivan & Worcester LLP, attorney for plaintiff John K. Graham, as Trustee of the Post Office Square Special Trust, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Joshua L. Solomon
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone/Fax: (617) 338-2800 / (617) 338-2880
Email: jsolomon@sandw.com

is admitted to practice pro hac vice on behalf of plaintiff John K. Graham, as Trustee of the Post Office Square Special Trust, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, and counsel does not already have an ECF password, counsel shall immediately apply for one at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: November 6, 2007
New York, New York

_____
HONORABLE KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE

USDJ