USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-09-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN K. GRAHAM, as TRUSTEE of the
POST OFFICE SQUARE SPECIAL TRUST,

          Plaintiff,

--against--

JOEL ROSENMAN, SOURCE FINANCING
INVESTORS LLC, MARTIN L. WATERS,
BRIAR WOOD INVESTMENTS LLC, and
NORMAN HSU,

          Defendants.

------------------------------------------------------------X

07 Civ. 8407 (CSH)

**STIPULATION
ADJOURNING TIME TO
ANSWER OR MOVE**

    IT IS HEREBY STIPULATED, by and between the parties, that Defendant Source Financing Investors LLC's time to answer or move with respect to the Complaint in the above-captioned action is hereby adjourned from November 5, 2007 to November 19, 2007.

Dated: New York, New York
       November 6, 2007

SULLIVAN & WORCESTER LLP

By: _____
Andrew T. Solomon (AS9200)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

Attorneys for Plaintiff John K. Graham

FRANKFURT KURNIT KLEIN
& SELZ, P.C.

By: /s/ Ronald C. Minkoff
Ronald C. Minkoff (RM2943)
488 Madison Avenue, 10th Floor
New York, New York 10016
(212) 980-0120

Attorneys for Defendant Source Financing
Investors LLC

SO ORDERED: 11/08/2007

/s/ Charles S. Haight
U.S.D.J.