*HAIGHT, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

JOHN K. GRAHAM, as TRUSTEE of the          :
POST OFFICE SQUARE SPECIAL TRUST,
                                           :
                         Plaintiff,        :          07 Civ. 8407  (CSH)
                                           :
         --against--                       :          **STIPULATION**
                                           :          **ADJOURNING TIME TO**
JOEL ROSENMAN, SOURCE FINANCING            :          **ANSWER OR MOVE**
INVESTORS LLC, MARTIN L. WATERS,
BRIAR WOOD INVESTMENTS LLC, and            :
NORMAN HSU,                                :
                                           :
                         Defendants.       :

-------------------------------------------------------X

        IT IS HEREBY STIPULATED, by and between the parties, that Defendant

Source Financing Investors LLC's and Defendant Briar Wood Investment LLC's time to

answer or move with respect to the Complaint in the above-captioned action is hereby

adjourned from November 19, 2007 to, and including, December 20, 2007.

Dated:  New York, New York
        November 27, 2007

                                        SULLIVAN & WORCESTER LLP


                                        By: _____
                                            Andrew T. Solomon (AS9200)
                                        1290 Avenue of the Americas, 29th Floor
                                        New York, New York  10104
                                        (212) 660-3000

                                        Attorneys for Plaintiff John K. Graham


FXKS: 340130.v1                                                    16780.200

JULANDER, BROWN & BOLLARD

By: _____
    William C. Bollard, Esq. (105489)
Two Park Plaza, Suite 450
Irvine, California 92614
(949) 477-2100

Attorneys for Defendant Briar Wood
Investments, LLC

FRANKFURT KURNIT KLEIN & SELZ,
P.C.

By: _____
    Ronald C. Minkoff (RM2943)
488 Madison Avenue, 10th Floor
New York, New York 10016
(212) 980-0120

Attorneys for Defendant Source Financing
Investors LLC

SO ORDERED: *nunc pro tunc.*

_____
U.S.D.J.

12/05/07

16780.200