*Please Return To Cashiers*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN K. GRAHAM, as TRUSTEE of the
POST OFFICE SQUARE SPECIAL TRUST,

         Plaintiff,

v.

JOEL ROSENMAN, SOURCE FINANCING
INVESTORS LLC, MARTIN L. WATERS,
BRIAR WOOD INVESTMENTS LLC, and
NORMAN HSU,

         Defendants.

Case No. 07 Civ 8407 (CSH)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02-29-08

---

This statutory interpleader action having been commenced on September 27, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Briar Wood Investments LLC on October 12, 2007, on defendants Joel Rosenman, Source Financing Investors LLC, and Norman Hsu on October 15, 2007, and on Martin L. Waters on October 17, 2007 by personal service, and proofs of service listing the persons served having been filed with the Court on October 17 and 31, 2007, and none of the defendants having answered the Complaint, and the time for answering or moving in response to the Complaint having expired, and Plaintiff having deposited the $50,000 at issue in this case with the Court, it is

        ORDERED, ADJUDGED AND DECREED that:

        1.     The $50,000 in funds deposited by Plaintiff with the Court to the United States Attorney's Office for the Southern District of New York shall be forfeited to the United States and the Clerk of the Court shall issue a check in that amount to the United States Marshals Service, referencing the matter of United States v. Norman Hsu, Docket No. 07-Cr-1066.

2. Defendants are enjoined from any actions against Plaintiff, the Post Office Square Special Trust, and/or the United States with respect to ownership of or entitlement to the $50,000 so disbursed.

Dated at New York, New York

02/29/08

_____
U.S.D.J.

This document was entered on the docket

on _____